IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.    5:25-CR-295 (BKS) |
| | ) |
| v. | ) **Information** |
| | ) |
| **PASCUAL AVILA-VICTORIA,** | ) Violations:    8 U.S.C. § 1326(a) |
| | )                       [Illegal Re-Entry] |
| **Defendant.** | ) |
| | ) |
| | )                       18 U.S.C. § 111(a)(1) |
| | )                       [Assaulting, Resisting, and |
| | )                       Impeding a Federal Officer] |
| | ) |
| | ) 2 Counts |
| | ) |
| | ) County of Offense:    Oswego |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Illegal Re-Entry]

On or about June 28, 2025, in Oswego County in the Northern District of New York, the defendant, **PASCUAL AVILA-VICTORIA**, an alien, native and citizen of Mexico, who had been removed from the United States, was thereafter found in the United States in Oswego County, New York, without having obtained the express consent of the Attorney General, or her successor, the Secretary of the Department of Homeland Security, to reapply for admission, in violation of Title 8, United States Code, Section 1326(a).

### COUNT 2
### [Assaulting, Resisting, and Impeding a Federal Officer]

On or about June 28, 2025, in Oswego County in the Northern District of New York, the defendant, **PASCUAL AVILA-VICTORIA**, did, intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with officers and employees of the United States government while such persons were engaged in and on account of the performance of their official duties, in

that the defendant physically resisted lawful arrest, attempted to kick an officer, attempted to head-butt a second officer, and attempted to bite a third officer, all while and on account of those officers' performance of official duties, in violation of Title 18, United States Code, Section 111(a)(1).

Dated: August 11, 2025

JOHN A. SARCONE III
Acting United States Attorney

By: Michael D. Gadarian
Assistant United States Attorney
Bar Roll No. 517198